UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
LIONEL OHAYON,

                   **Plaintiff,**

        **-against-**

**SUMMIT MOUNTAIN HOLDING GROUP, L.L.C, et al,**

                **Defendants.**
-------------------------------------------------------- x

**1:21-cv-3689 (ALC)**

<u>**ORDER**</u>

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of Plaintiff's letter response to its Order to Show Cause, *see* ECF Nos. 21, 23, in which Plaintiff explains that he attempted to contact the Court via email and telephone and requests that the Court set a return date for his motion for default judgment.

    Plaintiff's request to file his motion for default judgment on or before **October 18, 2022** is GRANTED, and the Court deems its Order to Show Cause SATISFIED. Plaintiff is encouraged to file any further communications with the Court via ECF, in accordance with the undersigned's individual rules.

**SO ORDERED.**

**Dated**:   October 12, 2022
              New York, New York

                                                             **ANDREW L. CARTER, JR.**
                                                             **United States District Judge**